**No. 59127.**—D. Hauser, Inc. v. United States, protest 241598–K (New York).

Opinion by JOHNSON, J. On the record presented, the claim of the plaintiff was sustained.